UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE PANG<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　Defendant. | Case Number: 4:24cv-07127-HSG<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Judge: Haywood S. Gilliam, Jr.** |

Based upon the stipulation of the parties and for good cause shown,

　　　IT IS HEREBY ORDERED that this action, Case No. 4:24-cv-07127-HSG is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　　DONE AND ORDERED in Chambers this 18th day of February 2025, in Oakland, California.

_____
UNITED STATES DISTRICT COURT JUDGE